UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RONALD EUGENE ALLEN, JR.,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:21-cv-00141-MMD-WGC

ORDER

In this habeas corpus action, the petitioner, Ronald Eugene Allen, Jr., represented by counsel, has filed an Application to Proceed *in Forma Pauperis* (ECF No. 12). Considering the information provided in the application, the Court finds that Allen can pay the filing fee for this action.

It is therefore ordered that Petitioner's Application to Proceed *in Forma Pauperis* for Inmate (ECF No. 12) is denied. Petitioner will have 45 days from the date of this order to have the filing fee of five dollars ($5) sent to the Clerk of Court. Petitioner must include with that payment some indication that it is for this case, Case No. 3:21-cv-00141-MMD-WGC. Failure to comply with this order may result in dismissal of this action.

DATED THIS 12th Day of May 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE