UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD EUGENE ALLEN, JR., | Case No. 3:21-cv-00141-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 47-day extension of time and a 45-day extension of time, Petitioner Ronald Eugene Allen, Jr., represented by appointed counsel, was due to file a second amended petition for writ of habeas corpus by October 22, 2021. (ECF Nos. 10, 16, 19.)

On October 22, 2021, Petitioner filed a motion for extension of time (ECF No. 20), requesting a further 14-day extension of time, to November 5, 2021, to file his second amended petition. Petitioner's counsel states in the motion that the extension of time is necessary because she needs to speak to Petitioner about a claim. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. The Court will grant the motion for extension of time.

This order does not affect, in any manner, the operation of the statute of limitations in this case, and the Court does not mean in this order to convey any opinion whatsoever about when the limitations period expires (or expired).

///

///

///

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 20) is granted. Petitioner will have until and including November 5, 2021, to file his second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered April 23, 2021 (ECF No. 8) will remain in effect.

DATED THIS 22nd Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE