UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD EUGENE ALLEN, JR., | Case No. 3:21-cv-00141-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Ronald Eugene Allen, Jr., with appointed counsel, filed a second amended habeas petition on November 5, 2021. (ECF No. 22.) Respondents were due to file a response to the second amended petition by January 4, 2022. (*See* ECF No. 8.)

On January 4, 2022, Respondents filed a motion for extension of time (ECF No. 24), requesting an extension of time to March 7, 2022, to file their response. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. This would be the first extension of this deadline. Petitioner does not oppose the extension of time requested by Respondents. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for an extension of time.

The Court will grant the motion for extension of time, and extend to April 4, 2022, the time for Respondents' response to the second amended petition. This is a 90-day extension of time—more than requested. The Court does this with the expectation that it will forestall the need for any further motion for extension of time. The Court will not look favorably upon any motion to further extend this deadline.

///

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 24) is granted. Respondents will have until and including April 4, 2022, to file a response to Petitioner's second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered April 23, 2021 (ECF No. 8) will remain in effect.

DATED THIS 5th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE