UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD EUGENE ALLEN, Jr., | Case No. 3:21-cv-00141-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed a motion to dismiss on April 1, 2022. (ECF No. 28.) Petitioner Ronald Eugene Allen, Jr., represented by appointed counsel, was due to respond to the motion to dismiss by May 31, 2022. (ECF No. 8 (60 days for response).)

On May 26, 2022, Allen filed a motion for extension of time (ECF No. 37), requesting an extension of time, of 45 days, to July 15, 2022, to respond to the motion to dismiss. Allen's counsel states that the extension of time is necessary because of her obligations in other cases and time away from her office. This would be the first extension of this deadline. Counsel represents that the motion is unopposed.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 37) is granted. Petitioner will have until and including July 15, 2022, to file his response to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered April 23, 2021 (ECF No. 8) will remain in effect.

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), William Reubart is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 27th day of May, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE