UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD EUGENE ALLEN, Jr., | Case No. 3:21-cv-00141-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed a motion to dismiss on April 1, 2022. (ECF No. 28.) After an initial period of 60 days (*see* ECF No. 8) and a 45-day extension of time (ECF No. 38), Petitioner Ronald Eugene Allen, Jr., represented by appointed counsel, was due to respond to the motion to dismiss by July 15, 2022.

On July 15, 2022, Allen filed a motion for extension of time (ECF No. 40), requesting a 7-day extension, to July 22, 2022, and then, on July 22, 2022, Allen filed another motion for extension of time (ECF No. 41) requesting a further 30-day extension, to August 22, 2022. Allen's counsel states that the extensions of time are necessary because of her obligations in other cases, and because of the time necessary to determine the effect in this case of *Shinn v. Ramirez*, 142 S.Ct. 1718 (2022). Counsel represents that both motions are unopposed.

The Court finds that Allen's motions for extension of time are made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extensions of time.

It is therefore ordered that Petitioner's Motions for Extension of Time (ECF Nos. 40, 41) are granted. Petitioner will have until and including August 22, 2022,

///

///

1

1 to file his response to the motion to dismiss. In all other respects, the schedule
2 for further proceedings set forth in the order entered April 23, 2021 (ECF No. 8)
3 will remain in effect.

        DATED THIS 28th day of July, 2022.

        _____
        ANNE R. TRAUM
        UNITED STATES DISTRICT JUDGE